IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| THADDIOUS L. KEE )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>R.L. BROWNLEE, Acting )<br>Secretary of the )<br>Department of Army, )<br>)<br>Defendant. )<br>_____) | CASE NUMBER: 5:04CV00084GH |

## PRIVACY ACT ORDER

Plaintiff in this case having commenced discovery, and having sought to discover information which may be encompassed by the privacy Act of 1974, 5 U.S.C. §552a, and it appearing that future discovery may also seek information encompassed by that statute, it is ORDERED AND ADJUDGED:

1. Pursuant to 5 U.S.C. §552a(b)(11) and Rule 26, Fed. R. Civ. P., discovery may be had and disclosure of documents or information in furtherance of discovery may be made notwithstanding that the Privacy Act may otherwise be a bar to such discovery or disclosure. This order permits the disclosure in the course of the above-styled action of any Department of the Army records covered by the Privacy Act which are reasonably necessary or useful to respond to discovery, to prosecute or to defend this pending action.

2. Plaintiff and defendant will limit the distribution, disclosure and use of information otherwise protected under the Privacy Act to their counsel, and persons

employed by their counsel who are directly involved in the preparation and trial of this case, and to prospective witnesses. The parties will not distribute, disclose, reproduce or use that information for any other purpose than the preparation for trial and litigation of this case.

3. This Order shall not otherwise affect any objection which the parties may have to discovery.

4. Upon the conclusion of this action, including appellate proceedings, plaintiff's counsel shall destroy all documents subject to this order provided to plaintiff's counsel, and all copies thereof.

IT IS SO ORDERED.

/s/ George Howard, Jr.
UNITED STATES DISTRICT JUDGE

August 4, 2005.

APPROVED:

_____
John T. Lavey
LAVEY and BURNETT
P. O. Box 2657
Little Rock, AR 72203
Counsel for Plaintiff Thaddious Kee


_____
Richard M. Pence, Jr.
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203