IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THADDIOUS L. KEE**                                                                                           **PLAINTIFF**

VS.                                            NO. 5:04CV00084 JMM

**PETE GEREN, SECRETARY**
**DEPARTMENT OF THE ARMY**                                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date containing the Court's Findings of Fact and Conclusions of Law, Judgment is hereby entered in favor of Plaintiff, Thaddious L. Kee and against Defendant, Pete Geren, Secretary, Department of the Army.

IT IS SO ORDERED this 16th day of July, 2007.

_____
James M. Moody
United States District Judge