## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**THADDIOUS L. KEE**                                                                 **PLAINTIFF**

**VS.**                              **NO. 5:04CV00084 JMM**

**PETE GEREN, SECRETARY**
**DEPARTMENT OF THE ARMY**                                        **DEFENDANT**

### ORDER

Pending is Plaintiff's motion to amend judgment, docket # 44, Defendant has responded and requested that the Court defer its ruling to allow the parties to confer, docket # 50. Plaintiff has responded to Defendant's request, docket # 51. The Court will allow the parties to meet and confer in an effort to resolve any remedial issues remaining. The parties are directed to submit a status report to the Court on or before August 31, 2007 indicating the status of these meetings and any issues remaining for the Court to decide.

IT IS SO ORDERED this 22nd day of August, 2007.

_____
James M. Moody
United States District Judge