IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THADDIOUS L. KEE**                                                                                           **PLAINTIFF**

VS.                                     NO. 5:04CV00084 JMM

**PETE GEREN, SECRETARY**
**DEPARTMENT OF THE ARMY**                                                        **DEFENDANT**

## ORDER

Pending is the parties' joint motion to vacate the findings and judgment and to dismiss. (Docket # 57). The parties have reached an amicable settlement of all issues. For good cause shown, the motion is GRANTED. The findings of fact and conclusions of law and the judgment entered in this case on July 16, 2007 are hereby vacated and the case is dismissed with prejudice with no finding of liability. The Court will retain jurisdiction for the sole purpose of the enforcement of the payments agreed upon by the parties in the written Settlement Agreement.

IT IS SO ORDERED this 20th day of September, 2007.

_____
James M. Moody
United States District Judge